LEWIS SCOTT, OF COLOR, vs. WILLIAM BURD.

ERROR to St. Louis Circuit Court.

SCOTT, J., delivered the opinion of the court.

The bill of exceptions in this case, having been stricken out of the record, on motion, for the reason that it was filed out of term time, and without the consent of parties, and no other point being made, but those growing out of the bill of exceptions, the judgment of the court below will be affirmed.